UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-206 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jumoke Ace Maceo Cryer (1), and Christopher Charles Traxler (3), | |
| Defendant. | |

---

This matter comes before the Court on the Defendant Christopher Charles Traxler's Motion for Continuance of Motions Schedule and Motion Hearing, ECF No. 35. Defendant Traxler has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 36. Likewise, Defendant Jumoke Ace Maceo Cryer filed a Motion for Extension of Time to File Pretrial Motions, ECF No. 37.

Defendant Traxler requests that the motions filing date and the motion hearing date be continued by 70 days. ECF No. 35. Defendant Traxler states that a 70-day extension is warranted because of the volume of discovery in this case and because of defense counsel's scheduling conflicts with three upcoming trials. *Id.* at 1. The Government objects to the 70-day extension request but does not object to a 30-day extension. *Id.* Defendant Cryer takes no position with Defendant Traxler's extension request but does request at least a 30-day extension to give Defendant Cryer sufficient time to review the discovery in this matter and asks the Court to keep all Defendants on the same schedule. ECF No. 37 at 1-2. The

1

Court finds good cause to extend the motions filing deadline and hearing date by 70 days. Because this is a joint case, the motions filing deadline will be continued for both Defendant Traxler and Defendant Cryer. Defendant Traxler seeks an exclusion under the Speedy Trial Act. ECF No. 35 at 1; ECF No. 36. The Court will exclude time as to Defendants Cryer and Traxler.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants Cryer and Traxler in a speedy trial and such continuance is necessary to provide Defendants Cryer and Traxler and their counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Traxler's Motion for Continuance of Motions Schedule and Motion Hearing, ECF No. 35, is **GRANTED**.

2. Defendant Cryer's Motion for Extension of Time to File Pretrial Motions, ECF No. 37, is **GRANTED**.

2. The period of time from **the date of this Order through December 9, 2024,** shall be excluded from Speedy Trial Act computations in this case for both Defendant Traxler and Defendant Cryer.

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **December 9, 2024**.

D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

    4.    **Counsel must electronically file a letter on or before December 9, 2024 if no motions will be filed and there is no need for hearing.**

    5.    All responses to motions must be filed by **December 23, 2024**.  *See* D. Minn. LR 12.1(c)(2).

    6.    Any Notice of Intent to Call Witnesses must be filed by **December 23, 2024**.  *See* D. Minn. LR. 12.1(c)(3)(A).

    7.    Any Responsive Notice of Intent to Call Witnesses must be filed by **December 27, 2024**.  *See* D. Minn. LR 12.1(c)(3)(B).

    8.    A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

        a.    The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

        b.    Oral argument is requested by either party in its motion, objection or response pleadings.

    9.    If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **January 6, 2025, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.  *See* D. Minn. LR 12.1(d).

    10.   **TRIAL:**

        a.    **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT:**

**the following trial and trial-related dates are:**

Counsel is encouraged to consult and identify joint proposed jury instructions. All voir dire questions and jury instructions together with any exhibit and witness lists shall be filed on or before **January 13, 2025**.

Judge Bryan will hold a final pretrial conference on **January 9, 2025**. in Courtroom 3A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Trial will commence before District Judge Jeffrey M. Bryan on **January 13, 2025**, in Courtroom 3A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Bryan to confirm the new trial date.**

Dated: October 2, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Cryer et al*
Case No. 24-cr-206 (JMB/TNL)

4